AO 442 (Rev. 11/11) Arrest Warrant

96154-510

# UNITED STATES DISTRICT COURT
### for the
### Middle District of North Carolina

United States of America
v.
**HAISEL DAILY**

_Defendant_

Case No. 1:24CR5-2

FILED JAN 25 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ **HAISEL DAILY**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Kidnapping Conspiracy in violation of 18:1201(c); Hobbs Act Robbery Conspiracy in violation of 18:1951(a)

***THE UNITED STATES REQUESTS A DETENTION HEARING***

Date: 01/16/2024

John S. Brubaker, Clerk of Court
_Issuing officer's signature_

City and state: Greensboro, North Carolina

/s/Leah J. Garland, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ 1-25-2024, and the person was arrested on _(date)_ 1-25-2024
at _(city and state)_ West Palm Beach, FL

Date: 1-25-2024

RECEIVED JAN 17 2024
US Marshals Service, M NC

_Arresting officer's signature_
Special Agent Lindsey Kellis
_Printed name and title_

Case 1:24-cr-00005-UA *SEALED* Document 4 *SEALED* (Court only) Filed 01/16/24